FILED
CHARLOTTE, NC

NOV 18 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | DOCKET NO.: 5:25CR55-KDB |
| ) | |
| ) | **BILL OF INDICTMENT** |
| **v.** ) | |
| ) | Violations: 18 U.S.C. § 922(g)(1) |
| ) | |
| **DOMINIC ADAMS** ) | |
| _____ ) | |

THE GRAND JURY CHARGES:

**COUNT ONE**
*(Possession of a Firearm by a Felon)*

Beginning as early as December of 2023, and continuing to June 3, 2025, in Catawba County, within the Western District of North Carolina, the defendant,

**DOMINIC ADAMS,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did, knowingly possess a firearm, that is, a Kel-Tec, model Sub 9, 9-millimeter caliber rifle, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearm and ammunition listed below are subject to forfeiture in accordance with § 924(d) because such items were involved in, used, or intended to be used in the violation alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a Kel-Tec, model Sub 9, 9-millimeter caliber rifle and ammunition.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

BRIAN M. KENNEY
ASSISTANT UNITED STATES ATTORNEY